UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 17−32155
                                                 Chapter 13
Lakeya Richardson,

    Debtor.

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

Upon consideration of the debtor's application for payment of the filing fee for this case in installments, it is

**ORDERED** that the debtor may pay the filing fee in installments on the terms proposed in the application or no later than 120 days from the date of filing the application.

Until the filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Dated July 31, 2017

Dwight H. Williams Jr.
United States Bankruptcy Judge